# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

RE: Vincent Thompson                      Case No: 4:23-bk-13431
                                                                     Chapter 13

## MOTION TO WITHDRAW PLEADING
### Pleading Titled "Arkansas Chapter 13 Plan" As Docket Entry No. 3

Comes now the Debtor(s) above by and through the undersigned attorney of record, and for Debtor(s) Motion doth state:

1. That a pleading titled "Arkansas Chapter 13 Plan" as docket entry No. 3 was filed of record on the 1st day of November 2023.

2. That the pleading referenced in Paragraph 1 above was filed in error, has not been notified to interested parties and same should be withdrawn.

3. That for good cause shown the Pleading referenced in Paragraph 1 above should be withdrawn and dismissed without prejudice and held for naught.

WHEREFORE, Debtor prays that the Motion be granted, and the pleading referenced in Paragraph 1 above be withdrawn and dismissed, without prejudice, and held for naught.

                                                        Respectfully submitted,

                                                        Niblock & Associates
                                                        Attorneys at Law
                                                        P. O. Box 1208
                                                        Stuttgart, AR 72160
                                                        (870) 673-8444

                                                     BY: */s/ G. Gregory Niblock*
                                                              G. Gregory Niblock    88047

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the forgoing pleading was transmitted to the ***Standing Trustee*** and ***United States Trustee*** by way of **CM-ECF** on or about the date of filing this motion.

                                                       */s/ G. Gregory Niblock*
                                                       G. Gregory Niblock