## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RE:   Vincent Thompson**                    **Case No:  4:23-bk-13431**
                                                       **Chapter 13**

### ORDER EXTENDING AUTOMATIC STAY

This cause comes on pursuant to Debtors' Motion to Extend Automatic Stay and the Court being well and sufficiently advised doth find, order, and direct as follows:

That the Motion to Extend Automatic Stay is **GRANTED** and the automatic stay shall remain in effect until the case is closed or until further order of the Court.

**IT IS SO ORDERED.**

_____
United States Bankruptcy Judge

Date: ___January 2, 2024_____


Prepared and approved by:

Niblock & Associates
Attorneys at Law
P.O. Box 1208
Stuttgart, AR 72160
(870) 673-8444

By:   _/s/ G. Gregory Niblock_
        G. Gregory Niblock