IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

DEBTOR: VINCENT THOMPSON          CASE NO. 4:23-BK-13431

**ORDER REGARDING UNION BANK & TRUST COMPANY**
**MOTION FOR RELIEF FROM STAY**

Comes on for hearing that certain Motion for Relief from Stay filed herein on behalf of Union Bank & Trust Company. The debtor appeared in person and with his counsel. Union Bank & Trust Company appeared by its corporate representative and its counsel.

From the testimony of the witnesses, exhibits introduced and other matters and proof properly before the Court, it is, by the Court, considered, ordered and adjudged as follows:

1. That Union Bank & Trust Company's Motion for Relief from Stay is denied upon the following conditions:

    a. That the debtor will be under a strict compliance requirement as to his monthly payments to the trustee commencing with the March 2024 payment. By March 20, 2024, the debtor must be in full compliance with his monthly payments to the trustee of $900 per month. The monthly payments to the trustee are due on or before the 20th day of

1

each month.

    b.   That the debtor must provide proof of insurance to Union Bank & Trust Company in a company and in a manner satisfactory to Union Bank & Trust Company in its discretion.

Should Union Bank & Trust Company desire to maintain the insurance on its collateral through bank placed insurance, it is allowed to do so. Should Union Bank & Trust Company elect for bank placed insurance, it shall notify the debtor at both in writing by mailing the same to the debtor at by placing the same in the United States mail addressed to the debtor at the address of the collateral and by e-mail delivery to debtor's counsel. Debtor shall reimburse Union Bank & Trust Company for the expense of bank placed insurance within 10 days of the sending of such notice. Therefore, on or before April 15, 2024, debtor shall have insurance in place, at debtor's expense and if it is bank placed insurance have reimbursed Union Bank & Trust Company for its expense for any forced place insurance incurred between the date of the hearing and on or before April 15 and thereafter, pursuant to the terms of this order. The strict compliance requirements as to insurance will be in effect for one year from the date of this order.

    c. That debtor obtained a confirmed plan in this case

on or before June 30, 2024.

2. That as of the date of this hearing, the debtor has made two monthly payments to the trustee. Debtor's plan provides that Union Bank & Trust Company be paid $624.00 per month. Therefore, the trustee is ordered to promptly pay to Union Bank & Trust Company the sum of $1,248.00. Thereafter, from any proceeds received by the trustee after the date of the hearing, the trustee shall promptly pay to Union Bank & Trust Company the sum of $624.00 monthly.

Rendered and ordered to be recorded this  20th  day of February, 2024.

_____
US Bankruptcy Judge