IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

DEBTOR: VINCENT THOMPSON            CASE NO. 4:23-BK-13431

**ORDER REGARDING UNION BANK & TRUST COMPANY**
**MOTION FROM CO-DEBTOR STAY**

Comes on for hearing that certain Motion for Relief from Co-Debtor Stay as filed herein on behalf of Union Bank & Trust Company. Union Bank & Trust Company appeared by its corporate representative and its legal counsel.

The co-debtors, Keisha Thompson and Shirley Griffin has failed to appear.

It is, by the Court, considered, ordered and adjudged as follows:

1. That Motion for Relief from the Co-Debtor Stay as to Keisha Thompson and Shirley Griffin be and in the same is hereby granted. Said Co-Debtor stay is hereby lifted as to Keisha Thompson and Shirley Griffin.

Rendered and ordered to be recorded this 20th day of February, 2024.

_____
US Bankruptcy Judge