IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Vincent Thompson	CASE NO: 4:23-bk-13431 T

Chapter 13

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO APPLICATION FOR COMPENSATION

(Court Doc #31)

Before the Court is the Trustee's Objection to Application for Compensation filed 1/24/2024 (Doc #48). The Trustee's Objection to Application for Compensation is sustained. The Application is allowed in the sum of $121.00 regarding attorney's costs.

**IT IS SO ORDERED.**

Richard D. Taylor
U.S. Bankruptcy Judge
DATE: February 26, 2024

APPROVED AS TO FORM::

/s/ Gregory Niblock

G. Gregory Niblock (Ach)
P O Box 1208
Stuttgart, AR 72160

/s/ Amanda Pace Welch

Amanda Pace Welch, Staff Attorney for
Jack W Gooding
Chapter 13 Standing Trustee

APW    / 134