IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: VINCENT THOMPSON, DEBTOR  CASE NO.: 4:23-bk-13431
CHAPTER 13

## ORDER SETTING ASIDE ORDER

Presently before the court is an *Order Granting Motion for Relief from Co-Debtor Stay* ("Order") filed on February 20, 2024, at docket entry 60. Subsequent to entry of this order the court discovered the co-debtors did not receive proper notice of the Motion for Relief from Co-Debtor Stay. Thus, the Order is hereby set aside.

IT IS SO ORDERED.

Dated this 4th day of March, 2024.

                                                  HONORABLE RICHARD D. TAYLOR
                                                UNITED STATES BANKRUPTCY JUDGE

cc: Vincent Thompson
     G Gregory Niblock
     Brian Light
     Union Banks & Trust Company of Monticello
     Walter Whit Barton
     U.S. Trustee
     All interested parties