IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

DEBTOR: VINCENT THOMPSON  CASE NO. 4:23-BK-13431

**OBJECTION TO CONFIRMATION OF PLAN**
**AS AMENDED PRE-CONFIRMATION ON MARCH 12, 2024**

Union Bank & Trust Company, by its counsel, Barton & Roper, PLLC, and for it's Objection to Confirmation of Plan as Amended Pre-Confirmation on March 12, 2024, states:

1. That on or about February 15, 2024, this Court conducted a hearing as to a Motion for Relief from Stay filed on behalf of Union Bank & Trust Company.

2. That the amended plan as filed on behalf of the debtor omits certain requirements in the Court's order of February 20, 2024, as to strict compliance provisions for monthly payments to the trustee and strict compliance provisions regarding insurance on Union Bank & Trust Company's collateral.

3. That any order confirming the debtor's amended plan (filed pre-confirmation) must clearly state that it is subject to this Court's strict compliance requirements as to monthly payments and insurance consistent with this Court's order of February 20, 2024.

Wherefore, Union Bank & Trust Company prays that debtor's plan be not confirmed and for all further and lawful relief to which it is entitled, it will ever pray.

Barton & Roper, PLLC
PO Box 507
Monticello, AR 71657
(870) 367-6288
wbarton@bartonandroper.com


/s/ Whit Barton
Whit Barton          (79010)


## CERTIFICATE OF SERVICE

    I, Whit Barton, a member of Barton & Roper, PLLC, do hereby certify that a copy of the foregoing was sent via PACER on 21st day of March, 2024, as follows:

G. Gregory Niblock
Niblock & Associates
PO Box 1208
Stuttgart, AR 72160

Jack W. Gooding, Trustee
PO Box 8202
Little Rock, AR 72221-8202


/w/ Whit Barton
Whit Barton          (79010)
Barton & Roper, PLLC
PO Box 507
Monticello, AR 71657