IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

DEBTOR: VINCENT THOMPSON       CASE NO. 4:23-BK-13431

## **ORDER SUSTAINING OBJECTION TO CONFIRMATION OF** **UNION BANK & TRUST COMPANY**

Upon stipulation of the parties, that certain Objection to Confirmation filed herein on behalf of the Union Bank & Trust Company (Docket No. 76) be and the same is hereby sustained. Debtor has 21 days from April 18, 2024, to file an amended plan herein.

Rendered in order to be recorded this __19th__ day of April 2024.

_____
US Bankruptcy Judge


APPROVED AS TO FORM AND CONTENT:

/s/ Brian Light
Brian Light, Counsel for Debtor


/s/ Whit Barton
Whit Barton, Counsel for
Union Bank & Trust Company