IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

DEBTOR: VINCENT THOMPSON    CASE NO. 4:23-BK-13431

### ORDER REGARDING DEBTOR'S MOTION TO VACATE ORDER DENYING UPON CONDITION MOTION FOR RELIEF

Upon stipulation of the parties, that certain Motion to Vacate Order Denying Upon Condition Motion for Relief filed herein on behalf of the debtor is denied.

That this court's order of February 20, 2024, is amended in the following particular:

1. That Union Bank & Trust Company's Motion for Relief from Stay is denied upon the following conditions:

    a. That debtor will be under a strict compliance requirement as of his monthly payments to the trustee commencing with the March 2024 payment until and including the February 2024 payment. The monthly payments to the trustee are due on or before the 22nd day of each month.

Otherwise, this Court's order of February 20, 2024, remains in full force and effect.

Rendered and ordered to be recorded this  19th  day of April, 2024.

_____
US Bankruptcy Judge

1

APPROVED AS TO FORM AND CONTENT:

/s/ Brian Light
Brian Light, Counsel for Debtor


/s/ Whit Barton
Whit Barton, Counsel for
Union Bank & Trust Company