IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Vincent Thompson

CASE NO: 4:23-bk-13431 T  Chapter 13

CHAPTER 13 ORDER
TO MODIFY CHAPTER 13 PLAN

Before the court is the Objection to Confirmation of Plan, Docket Entry [72], filed on March 14, 2024 by the Trustee. The Objection was set for hearing on April 18, 2024. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The Debtor is granted 28 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: 04/24/2024  /s/ Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc: Jack W Gooding, Trustee

G. Gregory Niblock (Ach) - - Electronically by ECF

Vincent Thompson
2793 Hwy 425 North
Monticello, AR 71655