IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

DEBTOR: VINCENT THOMPSON          CASE NO. 4:23-BK-13431

**AMENDED ORDER REGARDING DEBTOR'S MOTION TO VACATE ORDER DENYING UPON CONDITION MOTION FOR RELIEF**

Upon stipulation of the parties, that certain Amended Motion to Vacate Order Denying Upon Condition Motion for Relief filed herein on behalf of the debtor is denied and this Court's Order Regarding Debtor's Motion to Vacate Order Denying Upon Condition Motion for Relief (Docket #92) is amended as follows.

That this court's order of February 20, 2024, is amended in the following particular:

1. That Union Bank & Trust Company's Motion for Relief from Stay is denied upon the following conditions:

    a. That debtor will be under a strict compliance requirement as of his monthly payments to the trustee commencing with the March 2024 payment until and including the February 2025 payment. The monthly payments to the trustee are due on or before the 22nd day of each month and will remain in effect through and including February 2025.

    b. That the Trustee is ordered and directed to promptly, upon the entry of this order, make an Adequate Protection Payment to Union Bank & Trust

1

Company in the amount of $2,496.00 and to continue to make monthly Adequate Protection Payments to Union Bank & Trust Company of $624.00 per month beginning June 2024, and there after pending confirmation of debtor's plan.

Otherwise, this Court's order of February 20, 2024, remains in full force and effect.

Rendered and ordered to be recorded this  21st  day of May, 2024.

_____
US Bankruptcy Judge


APPROVED AS TO FORM AND CONTENT:

/s/ Brian Light
Brian Light, Counsel for Debtor


/s/ Whit Barton
Whit Barton, Counsel for
Union Bank & Trust Company


/s/ James Hunt
James Hunt, Counsel for Trustee