IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Vincent Thompson  CASE NO: 4:23-bk-13431 T
Chapter 13

## CHAPTER 13 ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS

The court, for cause shown, grants the Trustee's request to withdraw the Motion to Dismiss, Docket Entry [98], set for hearing on 6/21/2024 at 9:00 AM.

IT IS SO ORDERED.

Dated: 06/02/2024

/s/ RICHARD D. TAYLOR
U.S. Bankruptcy Judge

cc: Vincent Thompson
2793 Hwy 425 North
Monticello, AR 71655

G. Gregory Niblock (Ach) - Electronically by ECF