IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

DEBTOR: VINCENT THOMPSON CASE NO. 4:23-BK-13431

**ORDER REGARDING UNION BANK & TRUST COMPANY MOTION FOR RELIEF FROM STAY**

That certain Motion for Relief from Stay filed herein on behalf of Union Bank and Trust Company on December 4, 2023, was heard on February 15, 2024. As a result of the hearing, the court made an Order and directed counsel for Union Bank & Trust Company to prepare the precedent.

That precedent was submitted as Order Regarding Union Bank & Trust Company Motion for Relief from Stay (Docket No. 59).

Subsequent to the entry of that order, counsel for debtor filed a Motion to Vacate (Docket No. 77).

That matter was settled and an agreed order was presented to the court style Order Regarding Debtor's Motion to Vacate Order Denying Upon Condition Motion for Relief, which was entered on April 19, 2024, (Docket No. 92).

As a result of the foregoing, this court's order in regard to the Union Bank & Trust Company Motion for Relief from Stay (Docket No. 92) subsequent to its hearing held on April 19, 2024, is as follows:

a. That debtor will be under a strict compliance requirement as of his monthly payments to the trustee



EOD: June 7, 2024

commencing with the March 2024 payment until and including the February 2024 payment. The monthly payments to the trustee are due on or before the 22nd day of each month.

b. That the debtor must provide proof of insurance to Union Bank & Trust Company with a company and in a manner satisfactory to Union Bank & Trust Company in its discretion.

Should Union Bank & Trust Company desire to maintain the insurance on its collateral through bank placed insurance, it is allowed to do so. Should Union Bank & Trust Company elect for bank placed insurance, it shall notify the debtor at both in writing by mailing the same to the debtor at by placing the same in the United States mail addressed to the debtor at the address of the collateral and by e-mail delivery to debtor’s counsel. Debtor shall reimburse Union Bank & Trust Company for the expense of bank placed insurance within 10 days of the sending of such notice. Therefore, on or before April 15, 2024, debtor shall have insurance in place, at debtor’s expense and if it is bank placed insurance have reimbursed Union Bank & Trust Company for its expense for any forced place insurance incurred between the date of the hearing and on or before April 15 and thereafter, pursuant to the terms of this order. The strict compliance requirements as to insurance will be in

effect for one year from the date of this order.

c. That debtor obtain a confirmed plan in this case on or before June 30, 2024.

d. That as of the date of this hearing, the debtor has made two monthly payments to the trustee. Debtor's plan provides that Union Bank & Trust Company be paid $624.00 per month. Therefore, the trustee is ordered to promptly pay to Union Bank & Trust Company the sum of $1,248.00. Thereafter, from any proceeds received by the trustee after the date of the hearing, the trustee shall promptly pay to Union Bank & Trust Company the sum of $624.00 monthly.

Rendered in order to be recorded this 7th day of June, 2024.

______________________________
US Bankruptcy Judge