IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION  DIVISION

IN RE:   Vincent Thompson

CASE NO:   4:23-bk-13431 T                                                                 Chapter 13

CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

Before the court is the Motion to Dismiss filed by the Trustee on 7/11/2024 as a result of the debtor's failure to make payments as required by the plan. The motion was set for hearing on August 15, 2024. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the debtor is in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the debtor complying with the following:

1. The Debtor shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period:    September 2024 thru February 2025

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the Debtor complying with the above provisions. Failure of the debtor to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing ..

Date:  08/21/2024                                                                 /s/   Richard D. Taylor

                                                                                              Richard D. Taylor
                                                                                              U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

G. Gregory Niblock (Ach) - Electronically by ECF

Vincent Thompson
2793 Hwy 425 North
Monticello, AR  71655