IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

DEBTOR: VINCENT THOMPSON         CASE NO. 4:23-bk-13431

## MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM STAY

Union Bank & Trust Company (herein, "UB&T"), and for its Motion to Dismiss, or in the Alternative, Motion for Relief from Stay, states:

1. That the Debtor is under strict compliance orders to make full and timely payments for the period from March 2024 up to and including the February 2025.

2. That the strict compliance requirements are set forth in the following orders of this court:

    a. Amended Order Regarding Debtor's Motion to Vacate Order Denying Upon Condition Motion for Relief as rendered May 21, 2024 (Docket No. 97);

    b. Order Regarding Union Bank & Trust Company Motion for Relief from Stay rendered June 7, 2024 (Docket No. 106); and

    c. Chapter Thirteen Order Requiring Strict Compliance rendered August 21, 2024 (Docket No. 112).

3. That Debtor has failed to make payments as required under his plan otherwise due on or before June 14, 2024, July 14, 2024, and August 14, 2024.

Wherefore, Union Bank & Trust Company prays for an Order of this Court dismissing this case with a bar and prohibition against

the Defendant refiling within a period of 180 days from and after the dismissal, or in the alternative for relief from Stay so that Union Bank & Trust Company may pursue its usual state law remedies as to the collateral for the indebtedness (certain real property situated in Drew County, Arkansas, as more particularly established in prior hearings in this proceeding); and for all further and lawful relief, it will forever pray.

Respectfully submitted,

Whit Barton (79010)
**Barton & Roper, PLLC**
PO Box 507
Monticello, AR 71657
(870) 367-6288
wbarton@bartonandroper.com

**VERIFICATION**

STATE OF ARKANSAS    )

COUNTY OF            )

    I, Brandon Hogg, being duly sworn, depose and say that I have carefully read the foregoing pleading, that I am familiar with the subject matter thereof, and that the statements therein made are true and correct to the best of my knowledge, information and belief.

_____
Brandon Hogg

    Subscribed and sworn to before me on the 10 day of September, 20 24. In witness whereof I hereunto set my hand and official seal.

_____
Notary Public

My commission expires: 10/15/2024

PATRICIA ROMERO
NOTARY PUBLIC-STATE OF ARKANSAS
DREW COUNTY
My Commission Expires 10-15-2024
Commission # 12401199