Form nhrg

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Vincent Thompson
Debtor

Case No.: 4:23–bk–13431
Chapter: 13
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Richard D. Taylor at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 10/17/24 at 09:00 AM

to consider and act upon the following:

*113* – Motion to Dismiss Bankruptcy Case For Failure to Make Plan Payments , or in the alternative Motion for Relief from Stay . Fee Amount $199 Filed by Walter Whit Barton on behalf of Union Bank & Trust Company of Monticello (Barton, Walter)

NOTICE TO CO–DEBTORS: Pursuant to 11 U.S.C. §1301(d), if the motion for relief from codebtor stay is made under §1301(c)(2) (the debtor's plan does not propose to pay creditor's claim), a debtor or codebtor must file a written objection to the motion within twenty (20) days of the date of this notice, or an order granting the relief requested, as to the codebtor, will be entered without further notice or hearing.

It is hereby ORDERED that, if and to the extent the automatic stay is in force, it shall remain in force pursuant to 11 U.S.C. §362(e) pending disposition of the Motion for Relief from Stay.NOTICE TO CO–DEBTORS: Pursuant to 11 U.S.C. §1301(d), if the motion for relief from codebtor stay is made under §1301(c)(2) (the debtor's plan does not propose to pay creditor's claim), a debtor or codebtor must file a written objection to the motion within twenty (20) days of the date of this notice, or an order granting the relief requested, as to the codebtor, will be entered without further notice or hearing.

It is hereby ORDERED that, if and to the extent the automatic stay is in force, it shall remain in force pursuant to 11 U.S.C. §362(e) pending disposition of the Motion for Relief from Stay.

Dated: 9/12/24

Linda McCormack, Clerk
By:
Erika Scales
Deputy Clerk