IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Vincent Thompson

CASE NO: 4:23-bk-13431 T

Chapter 13

## CHAPTER 13 ORDER DISMISSING CASE FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on August 21, 2024, Docket Entry [112], requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of August 21, 2024.

IT IS SO ORDERED.

Date: 10/11/2024

/s/ Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc: Jack W Gooding, Trustee

G. Gregory Niblock (Ach)
P O Box 1208
Stuttgart, AR 72160

Vincent Thompson
2793 Hwy 425 North
Monticello, AR 71655

All Creditors

DMC /195